**Order entered July 3, 2019**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-19-00486-CR
## No. 05-19-00487-CR

**ETHAN CHRISTIAN CARLES, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 15th Judicial District Court**
**Grayson County, Texas**
**Trial Court Cause Nos. 070011 & 070012**

## ORDER

Before the Court is appellant's June 28, 2019 motion to extend the time to file his brief.

We **GRANT** the motion to the extent appellant's brief shall be due on or before August 5, 2019.

/s/    LANA MYERS
        JUSTICE